IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHERI L. WORM                                                    PLAINTIFF

      v.          Civil No. 07-3013

O'REILLY AUTOMOTIVE, INC.
d/b/a O'REILLY AUTO PARTS                                        DEFENDANT

### O R D E R

Now on this 21st day of February, 2008, comes on for consideration plaintiff's **Motion To Dismiss** (document #21), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE